Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**RUSSELL & MICHELLE HARTLEY**,

    Plaintiff,

vs.

**NCO FINANCIAL SYSTEMS, INC.**,

    Defendant.

Case No.: **3:11-cv-00897-PK**

**STIPULATION OF DISMISSAL**

The parties in the above titled action have stipulated to dismiss this case with prejudice immediately, with each side to bear their own attorneys fees and costs.

Dated this 29th day of November, 2011.

__/s/Robert Sabido_____
Robert Sabido
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Fl.
Portland, OR  97205
**Attorney for the Defendant**

__/s/Joshua Trigsted_____
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd. Ste. 150
Lake Oswego, OR  97035
**Attorney for the Plaintiff**