IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| RUSSELL HARTLEY, et al., | ) | |
| | ) | Civil No. 03:11-897-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the parties' Stipulation of Dismissal, filed 12/6/11,

IT IS ORDERED that this action is DISMISSED with prejudice and with each side to bear their own attorneys fees and costs. Pending motions, if any, are DENIED AS MOOT.

Dated this 7th day of December, 2011.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge